No. 99–1640. SHAFER v. SUBURBAN NEWSPAPERS OF GREATER ST. LOUIS, INC., ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 99–1649. CITY OF COLUMBUS ET AL. v. HOWARD, BY AND THROUGH HER NATURAL AND LEGAL GUARDIAN, COBBIN, ET AL. Ct. App. Ga. Certiorari denied.

No. 99–1651. SCHROEDER v. AEL INDUSTRIES, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 99–1662. CORWIN v. AIR LINE PILOTS ASSN. ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1672. BUCK v. OGDEN DESERET INDUSTRIES/L. D. S. WELFARE SERVICES. C. A. 10th Cir. Certiorari denied.

No. 99–1678. REEVES ET AL. v. FRIERDICH ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1686. EL BANCO DE SEGUROS DEL ESTADO v. EMPLOYERS INSURANCE OF WAUSAU. C. A. 7th Cir. Certiorari denied.

No. 99–1697. LYNCH v. DEPARTMENT OF THE TREASURY ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1713. BOYADJIAN v. CIGNA COS. ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–1717. SINCLAIR v. WARD, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1719. PARACELSUS HEALTHCARE CORP. v. WILLARD ET AL. Sup. Ct. Miss. Certiorari denied.

No. 99–1724. WOOD v. OHIO. Ct. App. Ohio, Richland County. Certiorari denied.

No. 99–1734. DISTRICT OF COLUMBIA v. CURRY. C. A. D. C. Cir. Certiorari denied.